UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRYAN WAYNE LANDRY** | **CIVIL ACTION NO. 25-0780** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| | |
| **MICHAEL SINGLEY, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered (Doc. 6), together with the written objections thereto filed with this Court (Doc. 7), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Bryan Wayne Landry's false arrest and unlawful search claims are **DISMISSED WITH PREJUDICE**, as legally frivolous and for failure to state claims on which relief may be granted, until the *Heck* conditions are met. *See Heck v. Humphrey,* 512 U.S. 477 (1994).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as untimely, legally frivolous, and for failing to state claims on which relief may be granted.

ALEXANDRIA, LOUISIANA, this 17th day of July, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE